IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SYLVIA FAYE BOOKER                                                                                    PLAINTIFF

VERSUS                                                               CIVIL ACTION NO. 1:03cv791WJG-JMR

NORTHROP GRUMMAN SHIP
SYSTEMS, INC., *ET AL.*                                                                           DEFENDANTS

FINAL JUDGMENT

This cause comes before the Court on the motion [54] for summary judgment filed by the Defendants, Northrop Grumman Ship Systems, Inc., and Dave Robertson.  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Defendant's motion [54] for summary judgment be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that the above entitled action be, and is hereby, dismissed with prejudice.  It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs.

SO ORDERED this the 14th day of March, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE